UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JFM CATERERS, INC. DBA GRASSHOPPERS EVENTS & GOURMET CATERING | : : : | CIVIL ACTION NO. 20-CV-03476 |
| PLAINTIFF, | : | |
| v. | : : | |
| WESTCHESTER SURPLUS LINES INSURANCE COMPANY AND CHUBB, LTD | : : : | |
| | : | COMPLAINT |
| DEFENDANTS. | : | JURY TRIAL DEMANDED |

**Rule 4 Waiver of the Service of Summons**

To:   Anapol Weiss
       Gregory S. Spizer, Esquire
       One Logan Square
       130 N. 18th Street
       Suite 1600
       Philadelphia, PA 19103

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from <u>July 31, 2020</u>, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: August 4, 2020

*[Signature]*

(Signature of the attorney or unrepresented party)

Eric D. Freed, Esquire
(Printed name)

One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA  19103
(Address)

efreed@cozen.com
(E-mail address)

(215) 665-3724
(Telephone number)