IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JFM CATERERS, INC. DBA GRASSHOPPERS EVENTS & GOURMET CATERING** | : : : : | |
| **PLAINTIFF** | : : : | |
| v. | : : : | |
| **WESTCHESTER SURPPLUS LINES INSURANCE COMPANY** | : : : : | |
| AND | : : | NO.: 2:20-03476 |
| **CHUBB LTD.** | : : : | |
| **DEFENDANTS** | : | |

<u>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO CHUBB LTD. ONLY**</u>

Pursuant to Fed. R. Civ. P 41(a)(1)(A)(i), Plaintiff, JFM Caterers, Inc. DBA Grasshoppers Events & Gourmet Catering, hereby voluntarily dismisses its claims against Defendant, Chubb, Ltd., only without prejudice. Plaintiff's claims against Defendant, Westchester Surplus Lines Insurance Company, remain pending.

Dated: September 21, 2020

Respectfully submitted,

**ANAPOL WEISS**

By: _____
Sol H. Weiss, Esquire
James R. Ronca, Esquire
Gregory S. Spizer, Esquire
Ryan D. Hurd, Esquire
Paola Pearson, Esquire
One Logan Square
130 N. 18th Street, Suite 1600
Philadelphia, PA 19103
sweiss@anapolweiss.com
jronca@anapolweiss.com
gspizer@anapolweiss.com
rhurd@anapolweiss.com
ppearson@anapolweiss.com

Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

      I, Gregory Spizer, hereby certify that on September 15, 2020, I caused a true and correct copy of Plaintiff's Notice for Voluntary Dismissal Without Prejudice to be served upon all counsel of record and/or unrepresented parties via email upon the following:

Eric D. Freed, Esquire
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia PA 19103
*Attorney for Defendant,*
*Westchester Surplus Lines Insurance Company*
