**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JFM CATERERS, INC. DBA GRASSHOPPERS EVENTS & GOURMET CATERING | : : : : | CIVIL ACTION NO. 20-CV-03476 |
| PLAINTIFF, | : : | |
| v. | : : | |
| WESTCHESTER SURPLUS LINES INSURANCE COMPANY | : : : : : | |
| DEFENDANT | : : | JURY TRIAL DEMANDED |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between undersigned counsel for Plaintiff, JFM Caterers, Inc. DBA Grasshoppers Events & Gourmet Catering, ("Plaintiff"), and Defendant, Westchester Surplus Lines Insurance Company, ("Defendant"), that Plaintiff's claims against Defendant shall be dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear their own attorney's fees and costs.

**ANAPOL WEISS**

BY:  */s/ Gregory S. Spizer*____
  Gregory S. Spizer, Esquire
  One Logan Square
  130 N. 18th Street, Suite 1600
  Philadelphia, PA 19103
  215-790-4578
  gspizer@anapolweiss.com
  Counsel for Plaintiff

**COZEN & O'CONNOR**

BY: */s/ Eric D. Freed*_____
      Eric D. Freed, Esquire
      One Liberty Place
      1650 Market Street, Suite 2800
      Philadelphia, PA 19103
      215-665-3724
      efreed@cozen.com
      Counsel for Defendant

Dated: 10/20/2020

APPROVED BY THE COURT;

*/s/ Eduardo C. Robreno*_____
**EDUARDO C. ROBRENO,   J.**